UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

BEFORE THE UNITED STATE PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: FORD MOTOR COMPANY | § | CIVIL NO. 08-11554 |
| SPEED CONTROL DEACTIVATION | § | MDL DOCKET NO. 1718 |
| SWITCH PRODUCTS LIABILITY | § | JUDGE: Bernard A. Friedman |
| LITIGATION | § | Magistrate: Steven Whalen |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
(WACO DIVISION)

| | | |
|---|---|---|
| RUDOLPHO REYES and DOMINGA REYES, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:07-cv-00352-WSS |
| AUTOS ETC., LTD., and FORD MOTOR COMPANY, INDIVIDUALLY, | § § § | |
| Defendants. | § | |

**ORDER GRANTING JOINT AGREED STIPULATION OF DISMISSAL**

On the date indicated below came on to be heard the Joint Agreed Stipulation of Dismissal in the above case. The Court, having considered said motion, finds that Plaintiffs Rudolpho Reyes and Dominga Reyes and Defendant Ford Motor Company have satisfactorily compromised and settled all matters in dispute between them in this cause, and further finds that said motion should be GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that the Plaintiffs' claims against Defendant Ford Motor Company in the above-numbered action be, and the same hereby

are, dismissed with prejudice to their refiling, with attorneys' fees and costs be taxed against the parties incurring same.

DATED: May 5, 2010                               s/Bernard A. Friedman
                                                 BERNARD A. FRIEDMAN
                                                 UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on May 5, 2010.

                                                 s/Deborah J. Goltz
                                                 Case Manager